**No. 40593.**—Protest 953390–G of A. J. Flick & Co. (Los Angeles).

Opinion by EVANS, J. In view of the stipulation of counsel and on the authority of *United States* v. *Great Pacific Co.* (23 C. C. P. A. 319, T. D. 48192), Abstract 36122, and the trade agreement between United States and the Netherlands (T. D. 48075) the broken content of the milled rice in question was held dutiable at five-sixteenths of 1 cent per pound under paragraph 727.